AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Sarah Midgett,  )
  *Plaintiff*  )
v.  )   Civil Action No.   2:08-2162-MBS
Charleston County Sheriff's Office and J. Al )
Cannon, Jr., as Sheriff of Charleston County )
  *Defendants*  )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered for the defendant, J. Al Cannon, Jr. as Sheriff of Charleston County as to plaintiff's causes of action for retaliation in violation of Title VII and violation of 42 U.S.C. § 1981 and these claims are dismissed with prejudice.

The court having further dismissed defendant, Charleston County Sheriff's Office because it is not sui juris, it is ordered and adjudged that the plaintiff, shall take nothing as to this named defendant and it is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour United States District Judge presiding.  The court having adopted the report and recommendation of Magistrate Judge Robert S Carr, granting in part the defendant's J. Al Cannon, Jr. as Sheriff of Charleston County, motion for summary judgement.

Date:   October 18, 2010                                         *CLERK OF COURT*

                                                                 s/Angie Snipes
                                                    *Signature of Clerk or Deputy Clerk*